**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,

    Plaintiff,

    v.        Case No.   1:13cr024-7

Kelly Harrison,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court pursuant to a hearing conducted on Defendant's Motion to Continue Trial (Doc. 171).   The United States is unopposed.

Based upon a mutual agreement for a continuance by the Parties, the Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and thereby **GRANTS** Defendant's Motion (Doc. 171).   A continuance is essential in order that defense counsel has adequate time to prepare for trial and/or effectively negotiate a possible resolution to this matter prior to trial.

The Defendant has further executed in open court a waiver of speedy trial through and including a mutually agreed upon date of the Parties.

This matter shall proceed as follows:

    1.   Final Pretrial Conference:  **January 23, 2015 at 10:30 am, Room 239**

    2.   Jury Trial:  **February 17, 2015 at 9:30 am, Courtroom 109**

**IT IS SO ORDERED.**

                        *s/Michael R. Barrett*
bac   November 26, 2014               Michael R. Barrett
                             United States District Judge