UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.

Case No. 1:13cr024-7

Kelly Harrison,

Judge Michael R. Barrett

    Defendant.

## CRIMINAL MINUTES before
## United States District Judge Michael R. Barrett

**Courtroom Deputy:** Barbara Crum
**Court Reporter:** Maryann Maffia, Official
**Date:** February 4, 2015     **Time:** Commenced 1:44 pm Concluded 2:07 Total :23 mins.

**United States Attorney:** Tim Oakley     **Defendant Attorney:** Derek Gordon

**Court Proceeding:** Arraignment/Change of Plea - Dft Pleads Guilty to: Count(s) 1 (Sup) of Indictment / Information
(Count(s) 2 remain)

✓ Counsel present.      ___ Waiver of Indictment signed / executed in open court.

✓ Deft's Counsel moves to withdraw Not Guilty Plea.    ✓ Dft Pleads Guilty.

✓ Deft sworn.

✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Court reviews Defendant's rights regarding: ✓ Consequences of a plea ___ Restitution ___ Forfeiture ✓ sentencing under the USSCG; ✓ rights to trial; ___ mandatory minimum and ___ right to appeal.
(Waiver of Appellate Rights at ¶ ___ of Plea Agreement)

✓ Plea Agreement summarized by AUSA Tim Oakley (filed on/in open Court 2/4/15)

✓ SA Adam Giles, Dep. Sheriff presents Statement of Facts. Agent Sworn.

✓ 2nd Opportunity for Deft to plead guilty

✓ Plea *preliminarily/formally* accepted by the Court

✓ PSI ordered by Court (Sentencing set for a future date pursuant to the Court's receipt of the final PSI)

___ Issue of Bond Reviewed.

✓ Current Detention/Bond Status to remain in effect or modified as follows:

___ Additional Comments.