**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

      Plaintiff,

      v.                     Case No.  1:13cr24-7

Kelley Harrison,                  Judge Michael R. Barrett

      Defendant.

## <u>ORDER</u>

This matter is before the Court pursuant Defendant's Motion for Relief Pursuant to 18 U.S.C. § 3553 (Doc. 177) and Motion for Relief Pursuant to 18 U.S.C. § 3553 (Doc. 178).

On March 23, 2015, the Defendant filed the aforementioned Motion (Doc. 178) and Memorandum (Doc. 177) which disclosed the Defendant's presentence investigation report recommendations.

Local Criminal Rule III, § 32.1 (k) provides, "The presentence report and related documents shall be maintained in confidence and under seal."

Accordingly, the Court does hereby **DENY** Defendant's Motion (Doc. 178) and **STRIKES** the Memorandum (Doc. 177) from the record.   The Defendant is free to file any sentencing memorandum it wishes to support its own recommendation as to sentencing at the appropriate time following the disclosure to the Court of the final presentence investigation report pursuant to local rules.

      **IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
bac     March 30, 2015                  Michael R. Barrett
                                   United States District Judge